**No. 54047.**—Allen Forwarding Co. et al. *v.* United States, protests 780924–G, etc. (Philadelphia).

Opinion by COLE, J. The protests were dismissed.

**No. 54048.**—J. B. Blood Co. et al. *v.* United States, protests 801646–G, etc. (Boston).

Opinion by COLE, J. The protests were dismissed.

**No. 54049.**—Frazar & Co. et al. *v.* United States, protests 832066–G, etc. (Boston).

Opinion by COLE, J. The protests were dismissed.

**No. 54050.**—Wm. Filenes Sons Co. et al. *v.* United States, protests 969189–G, etc. (Boston).

Opinion by COLE, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, FEBRUARY 21, 1950

**No. 54051.**—Louis Meyers & Son, Inc. *v.* United States, protests 821552–G, etc. (New York).

Opinion by RAO, J. It was stipulated that the merchandise consists of fabric the same in all material respects as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) were made. The claim of the plaintiff was therefore sustained.

**No. 54052.**—Freund Freund & Co. et al. *v.* United States, protests 498004–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54053.**—Star Notion & Trimming Co. et al. *v.* United States, protests 545408–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.